CLOSED, HABEAS

**United States District Court**
**Eastern District of Pennsylvania (Philadelphia)**
**CIVIL DOCKET FOR CASE #: 2:06-cv-01[redacted]** 06 291
**Internal Use Only**

WICKS v. CARCIERI et al
Assigned to: HONORABLE PETRESE B. TUCKER
Cause: 28:2241 Petition for Writ of Habeas Corpus (federal)

Date Filed: 03/23/2006
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**DAVID BRYANT WICKS**

represented by **DAVID BRYANT WICKS**
#057262
60 EAGLEVILLE ROAD
NORRISTOWN, PA 19403
PRO SE

V.

**Respondent**

**DONALD L. CARCIERI**
*GOVERNOR OF THE STATE OF RHODE ISLAND*

**Respondent**

**RHODE ISLAND STATE SHERIFF'S DEPARTMENT**

| Date Filed | # | Docket Text |
|---|---|---|
| 03/23/2006 | 1 | PETITION for Writ of Habeas Corpus together with statement in support of request to proceed in forma pauperis , filed by DAVID BRYANT WICKS.(cw, ) (Entered: 03/24/2006) |
| 03/23/2006 | | ***Set/Clear Flags Set Flag Habeas Corpus Management Track (cw, ) (Entered: 03/24/2006) |
| 04/25/2006 | 2 | PETITION by DAVID BRYANT WICKS for bail pending writ of habeas corpus, certificate of service. (lvj, ) (Entered: 04/25/2006) |
| 05/01/2006 | 3 | MEMORANDUM AND ORDER THAT PETITIONER IS GRANTED PROVISIONAL LEAVE TO PROCEED IN FORMA PAUPERIS IN THIS MATTER FOR THE PURPOSE OF THIS ORDER ONLY. THAT THIS CIVIL ACTION IS TRANSFERRED TO THE UNITED STATES DISTRICT COURT OF THE DISTRICT OF RHODE ISLAND. THAT THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE EASTER DISTRICT OF PA SHALL MARK THIS MATTER AS CLOSED IN THIS COURT OF ALL PURPOSES, INCLUDING STATISTICS.. SIGNED BY JUDGE PETRESE B. TUCKER ON 4/24/06. 5/1/06 ENTERED AND COPIES MAILED.(lvj, ) (Entered: 05/01/2006) |
| 05/01/2006 | | ***Deadlines terminated., ***Documents terminated: (lvj, ) (Entered: 05/01/2006) |

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATE: 6-12-06
ATTEST:
DEPUTY CLERK, UNITED STATES DISTRICT COURT EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| 05/01/2006 | | ***Civil Case Terminated. (sf, ) (Entered: 05/04/2006) |
| 05/05/2006 | 4 | PETITIONER'S MOTION TO STAY STATE COURT PROCEEDINGS FILED BY DAVID BRYANT WICKS.CERTIFICATE OF SERVICE.(lvj, ) (Entered: 05/05/2006) |
| 05/05/2006 | 5 | MOTION FOR APPOINTMENT OF COUNSEL FILED BY DAVID BRYANT WICKS.CERTIFICATE OF SERVICE.(lvj, ) (Entered: 05/05/2006) |
| 05/11/2006 | | ***Motions terminated: [5] MOTION to Appoint Counsel filed by DAVID BRYANT WICKS,, [4] MOTION to Stay filed by DAVID BRYANT WICKS,. (jl, ) (Entered: 05/12/2006) |
| 05/11/2006 | 6 | ORDER THAT PETITIONER'S MOTION TO STAY STATE COURT PROCEEDINGS AND PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL ARE DISMISSED AS MOOT; ETC.. SIGNED BY JUDGE PETRESE B. TUCKER ON 5/8/06. 5/12/06 ENTERED AND COPIES MAILED.(jl, ) (Entered: 05/12/2006) |
| 05/11/2006 | 7 | ORDER THAT PETITIONER'S MOTION TO STAY STATE COURT PROCEEDINGS AND PETITIONER'S MOTION FOR APPOINTMENT OF COUNSEL ARE DISMISSED AS MOOT. . SIGNED BY JUDGE PETRESE B. TUCKER ON 5/8/06. 5/12/06 ENTERED AND COPIES MAILED.(lvj, ) (Entered: 05/12/2006) |
| 06/12/2006 | | Original record together with certified copy of docket entries forwarded to District of USDC for the District of Rhode Island. (lvj, ) (Entered: 06/12/2006) |