**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF RHODE ISLAND**

**DAVID BRYANT WICKS,**

**Petitioner,**

**-vs.-** **Case No.** 06291-T,

**THE STATE OF RHODE ISLAND,**

**Respondent.**

**PETITION TO STAY STATE COURT**

**PROCEEDINGS PURSUANT TO**

**28 U.S.C. 2251**

_**COMES NOW**, Petitioner, David Bryant Wicks, pro-se, and moves this honorable court pursuant to title 28 of the United States Code, Section 2251. Petitioner further moves this Honorable court in good faith, and in the interest of justice.

1. Petitioner is presently within the State and is currently being prosecuted in the Kent County Courthouse in Warwick, Rhode Island.
2. Petitioner is presently attending hearings in the Superior Court whereas the Court is without jurisdiction to either prosecute or adjudicate Petitioner's criminal conviction.
3. Until proper jurisdiction is confirmed by the ruling of this court, petitioner is respectfully requesting that an Order of the Court directed to the Superior Court of Kent County,

Warwick, Rhode Island be **S T A Y E D** until further proceedings is had by this Court.

**WHEREFORE,** petitioner respectfully prays that an Order of the Court is issued **GRANTING Petitioner's** petition to S T A Y the Kent County Superior Court criminal proceedings.

Dated this 11, day ~~of~~ Aug, 2006.

Respectfully Submitted;

_______________,

DAVID B. WICKS
2075 Independence Street
Philadelphia, Pennsylvania 19138