# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

**DAVID BRYANT WICKS**
**Petitioner,**

**-vs.-** **Case No. 06-292-T**
06-291T

**DONALD L. CARCIERI,**
**Respondent.**

## PETITIONER'S LEAVE TO AMEND PETITION PURSUANT TO TITLE 28 U.S.C 2241

__**COMES NOW, petitioner, David Bryant Wicks, proceeding pro-se, and moves this** honorable Court for leave to amend his previous submitted petition pursuant to 28 U.S.C. 2241.

Specifically, petitioner is requesting that his petition be amended to reflect the change of the name of the Respondent from: Donald L. Carcieri, the Governor of Rhode Island, to reflect: The State of Rhode Island. Additionally, the petitioner is requesting that the attached amended petition be accepted as an amended petition and be made part of the record.

WHEREFORE, the petitioner respectfully requests an Order of the Court **G R A N T I N G** his petition to Amend in the interest of Justice.

Respectfully
Submitted,

_____________________,

Mr. David B. Wicks
2075 Independence Street
Philadelphia, Pa. 19138