**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DAVID BRYANT WICKS

Petitioner,

v. C.A. No. 06-291T

DONALD CARCIERI, ET AL

Respondent.

**ORDER DIRECTING ATTORNEY GENERAL TO RESPOND**

The State of Rhode Island is hereby ordered to file its response to the Petitioner's Emergency Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254, Petitioner's Motion to Stay the Pending State Court Proceedings, and Petitioner's Motion to Amend the Petition on or before **January 5, 2007.**

IT IS SO ORDERED:

Ernest C. Torres

Ernest C. Torres
Senior Judge, U.S. District Court
DATE: December 6, 2006