**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

DAVID BRYANT WICKS

Petitioner,

v. C.A. No. 06-291T

DONALD CARCIERI, ET AL

Respondent.

**ORDER GRANTING STATE'S MOTION TO DISMISS**

The State of Rhode Island's Motion to Dismiss Petitioner's Emergency Petition for Writ of Habeas Corpus, Petitioner's Motion to Stay the Pending Court Proceedings, and Petitioner's Motion to Amend the Petition is hereby GRANTED for the reasons set forth in the State's memorandum and in the absence of any response from Petitioner.

IT IS SO ORDERED:

Ernest C. Torres

Ernest C. Torres
Senior Judge, U.S. District Court
DATE: January 30, 2007